JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMAYA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>et al; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:16-CV-01896-MWF-KS<br><br>**ORDER TO REMAND CASE TO STATE COURT** |

　　　By stipulation of the parties and good cause appearing therefore, it is hereby **ORDERED** as follows:

　　　**IT IS HEREBY ORDERED** that the Parties shall bear their own attorneys' fees and costs associated with the removal and remand; and

///

///

///

{00590539.DOCX }

1

ORDER

**IT IS FURTHER ORDERED** that the matter is **REMANDED** to the Los Angeles County Superior Court, Southeast District**.**

**IT IS SO ORDERED**.

Dated: April 7, 2016

_____
Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE

{00590539 DOCX }